STATE OF NEW JERSEY v. KEITH MONROE.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ISAAC ALLEN.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN DUFFY.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. KATHY A. SCHAFFER.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. PETER PETRONE.

January 16, 1979. Petition for certification denied.

COUNTY OF MIDDLESEX v. CLEARWATER VILLAGE, INC.

January 30, 1979. Petition for certification denied. (See 163 *N. J. Super.* 166)